**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ruben VALDEZ, Defendant— Appellant.**

**No. 10–10362.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 4, 2011.

Karla Delord, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Dennis Craig Jones, Attorney at Law, Phoenix, AZ, for Defendant–Appellant.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Ruben Valdez appeals from the 70–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Valdez contends that the district court erred by imposing a two-level enhancement under U.S.S.G. § 3C1.2 (Reckless

Endangerment During Flight). He further contends that the court's findings in support of the enhancement were insufficient as a procedural matter. The district court's determination to apply the enhancement was not clear error, *see United States v. Reyes–Oseguera,* 106 F.3d 1481, 1483–84 (9th Cir.1997), and its statements at sentencing were sufficient to permit meaningful appellate review, *see United States v. Carty,* 520 F.3d 984, 992–93, 995 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.